JULIA P. MCSWEGAN, Respondent, *v.* PETER STEPHAN et al., Appellants, and ROBERT GILCHRIST et al., Respondents.

*McSwegan* v. *Stephan*, 155 App. Div. 899, affirmed.
(Argued June 3, 1913; decided June 17, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1913, upon an order affirming an interlocutory judgment of partition and sale entered upon the report of a referee in an action to partition and fix the rights of the various parties in and to certain real property in the city of New York.

*Woolsey Carmalt, Henry Herrold* and *George W. Bristol* for appellants.

*Richard H. Clarke* for plaintiff, respondent.

*Walter S. Newhouse, Eli J. Blair* and *Frederick C. Lawyer* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.